Magistrate Judge Tsuchida

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 11 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES TURNER HABERMANN,<br><br>Defendant. | CASE NO. MJ11-16<br><br>COMPLAINT for VIOLATION<br>Title 18, United States Code, Section 115(a)(1)(B) and (b)(4) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant, being duly sworn, alleges:

## COUNT ONE

### (Threatening a Federal Official)

Beginning on or about December 9, 2010, and continuing until on or about December 10, 2010, within the Western District of Washington and elsewhere, the defendant, CHARLES TURNER HABERMANN, threatened to assault and murder a United States official, namely, Congressman James A. McDermott, with the intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with the intent to retaliate against such official on account of the performance of official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

//
//

## AFFIANT'S TRAINING AND EXPERIENCE

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since August 2004. I am currently assigned to the violent crime/organized crime squad in the Seattle, Washington office. As an FBI Special Agent, I have investigated a variety of violent crimes including cases involving threats of violence.

2. The facts in this Complaint consist of information I gathered and observed first-hand through the course of this investigation, as well as information related to me orally by other law enforcement personnel and through interviews of witnesses, and finally information obtained from reviewing reports written by other investigators working with me on this case. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me or the investigative participants. Rather, this affidavit serves to establish that probable cause exists to believe that CHARLES TURNER HABERMANN committed the crime of Threatening a Federal Official, as alleged above.

## EVIDENCE SHOWING PROBABLE CAUSE

**A.    Introduction**

3. On December 10, 2010, the Seattle Division of the FBI was contacted by "D.N.," District Director for United States Congressman James A. McDermott, 7th District of Washington. I talked on the phone with D.N., who told me that, over the previous night, a man who identified himself as CHARLES HABERMANN had left two voicemail messages at Congressman McDermott's Seattle office. The Seattle office is located at 1809 7th Avenue, Suite 1212, in Seattle, Washington. D.N. said that these messages were left at approximately 12:00 a.m. on December 10, 2010, and that the caller had made specific death threats to Congressman McDermott and his family on the voicemail messages. D.N. said that the caller was upset by Congressman McDermott's stance on the tax legislation that was being debated in the U.S. House of Representatives.

4. The timing of the threatening voicemail messages left by HABERMANN

1  coincided with the debate in the U.S. House of Representatives over a tax and
2  unemployment insurance bill that was eventually passed by the United States Congress
3  and signed into law by the President of the United States on December 17, 2010. As
4  detailed below, HABERMANN admitted to leaving the messages and claimed that he was
5  angry about the Congressman's stance on the pending tax legislation.

B.   **The Recorded Voicemail Messages Left by HABERMANN**

7      5.    On December 10, 2010, I interviewed "J.M.," a staff member for
8  Congressman McDermott, and the first person from Congressman McDermott's office to
9  listen to the voicemail messages left by HABERMANN. J.M. allowed me to listen to and
10 record the voicemail messages left on the office voicemail system. During the first
11 message, which the voicemail system indicated had been received on December 10, 2010,
12 at 12:00 a.m., HABERMANN made the following statements:

> Hey I was going to McDermott my name's Charles uh, Habermann, uh my number is 312-59 uh, 312 or 590-3828. I was calling Jim McDermott because I saw him on television the other night and I realized what a disgusting, filthy, murderous cock-sucker he was. What a criminal was, the idea that he said that uh, poor people's uh, money, poor people's money that the Government gives belongs to him. That, that, that, that reducing taxes on rich people is, is in effect a tax cut in effect, it effected the Government spending program. Jim, Jim McDermott's uh, theft of tax payer dollars, the less he steals, means that the, that the less the Government spends. Uh, I, I, I'd like to remind you McDermott that if you read the constitution all the money belongs to the people. None of it belongs to Government. Okay! So, if Jim McDermott says they're spending money on a tax cut, he's a piece of human dog shit, okay. He's a piece of human filth. He's a liar, he's a communist, he's a piece of fucking garbage. Thomas Jefferson, James Madison, or George Washington, Alexander Hamilton, if any of them had ever met uh, uh Jim McDermott, they would all blow his brains out. They'd shoot him, in the head. They'd kill him, because he's a piece of, of, of disgusting garbage. He's a piece of filth. He's a criminal. He advocates stealing people's money to give it to losers. That's a criminal conspiracy to commit fraud, okay. That is what the majority of the democratic party engage in every day of every week of every fucking year because they're scum bags. They are disgusting filthy fucking scum bags. And you let that fucking scum bag know, that if he ever fucks around with my money, ever the fuck again, I'll fucking kill him, okay. I'll round them up, I'll kill them, I'll kill his friends, I'll kill his family, I will kill everybody he fucking knows. Alright! So if you want to fuck with me, you go ahead but you let that fucker know, the next time he fucks around, I'll kill him, okay! Good night and good bye, you fucker.

27     6.    During the second voicemail message, which the voicemail system
28 indicated had been received on December 10, 2010, at 12:10 a.m., HABERMANN made

COMPLAINT/*Habermann* - 3

U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101

the following statements:

> My name is Charles Char Habermann, my phone number is 312-590-3828. I'm calling because your congressman is a piece of human garbage. Um, I'm calling because your congressman is, is a communist. I'm calling because your congressman is a piece of filth. Um, does he understand when he says that they're giving money to tax breaks for rich? Does he understand that, that the wealthy people that, that's their money? They earn that money. Has he ever read "Federalist Paper Number Ten"? Has he ever read John Lock's "Second Treaties of Government"? Has he ever read the of property section of John Lock's "Second Treaties of Government"? No, probably not because he's not an intellectual, he doesn't understand the rules and the political theory that set up the basis for our Government. That's why he thinks he can steal money from people and give it away to losers and get away with it. Well guess what, you're crooked, criminal, cock-sucking Jim McDermott will never get away with it. And I'll tell you something right now, I'll fucking hunt that guy down and I'll fucking get rid of him. Do you understand that? I'll get the fuck rid of him. I'll pay people, I'll pay my friends, I, I grew up in Chicago just like your scum bag fucking Jim McDermott did. I grew up in downtown Chicago, you understand that? Does, does your fucking boy understand that? I grew up in Chicago just like him. But guess what, I'm not a criminal like he is, I'm not a thief like he is. I don't steal other people's money to give it to losers like he does. Your congressman, Jim McDermott is a piece of garbage. And I'll tell you something right now, garbage belongs in the trash that's exactly where he's gonna end up. You understand that? You understand it you fuckers? You worthless stupid Democrat cock-sucking fuckers. You think you can steal my money and get away with it? You think you're gonna steal my fucking money and get away with it, you fuckers. You people are criminal scum bags and I ha, I hate you. I hate Jim McDermott. I have your friends, I hate his family, I hate his kids, I hate every, everybody fuck...do you know, I could round them all up, you know, I could look for them. I got a lot of money, you understand? I got a lot of money and I got a lot of friends and that cock-sucker is going down, you understand it? Your cock-sucking loser is going down, and guess what, tell your fagot fucking friend, I'm from Chicago too, and I fucking take care of his ass. Good bye, mother fucker!

7.  Based on a review of telephone records I received from Sprint/Nextel Corporation, the subscriber to telephone number (312) 590-3828, an active cellular telephone account with Sprint/Nextel Corporation, was "Charlie Habermann" of Palm Springs, California. These records also revealed that telephone number (312) 590-3828 had placed multiple outgoing calls to telephone number (206) 553-7170, the publicly listed telephone number for Congressman McDermott's Seattle office, on the evening of December 9, 2010. These calls included a call to Congressman McDermott's office at 10:54 p.m. that lasted 247 seconds, and another call to Congressman McDermott's office at 11:04 p.m. that lasted 269 seconds. The duration of the calls and the time lapse between the calls are consistent with the threatening voicemail messages described above.

1  I also believe the dates and times listed in the telephone records to be the accurate dates
2  and times of the calls as opposed to the date and time stamps for the calls recorded by
3  Congressman McDermott's office voicemail system. This was corroborated by a test of
4  the Congressman's voicemail system conducted on December 21, 2010, that showed that
5  time stamp on the voicemail system was approximately one hour and two minutes ahead
6  of the actual time.
7  **C.    Interview of HABERMANN**
8      8.    On December 10, 2010, HABERMANN was interviewed by FBI Special
9  Agents at his home in Palm Springs, California, about the voicemail threats. The agents
10 told HABERMANN that he was not under arrest and that the interview was voluntary.
11 HABERMANN admitted to leaving the threatening voicemail messages for Congressman
12 McDermott the previous night. Although HABERMANN said that he had been drinking
13 alcohol before he made the calls, he said he was "functioning" when he made the calls.
14 HABERMANN said that he thought he would have been able to drive his car when he
15 made the calls. HABERMANN was allowed to listen to the voicemail messages during
16 the interview. HABERMANN said that he remembered making the calls and that it was
17 his voice on voicemail messages. HABERMANN was also allowed to listen to a
18 voicemail message left on the voicemail system for U.S. Congresswoman C.P. the
19 previous night. HABERMANN admitted that this was also a voicemail message he had
20 left the previous night.
21     9.    As for his motivation for leaving the voicemail messages, HABERMANN
22 said he was calling politicians to let them know that what they were doing and saying
23 regarding spending taxpayer's money was wrong. He said he was trying to scare them
24 before they spent money that didn't belong to them. HABERMANN admitted to going on
25 the internet to obtain Representative McDermott and Representative C.P.'s telephone
26 numbers. HABERMANN also admitted to being visited by the California Highway
27 Patrol earlier in 2010 after leaving a threatening message on a California State Assembly
28 member's voicemail system. HABERMANN said that he left that message because he

was upset about the Healthcare bill that was passed at that time.

10.  HABERMANN stated that he never had any intention of hurting anyone, and that he had too much to lose -- referring to his $3,000,000 trust fund -- to ever do anything which could get him sent to prison.

### D.  HABERMANN'S Prior Threat

11.  On March 23, 2010, a California Assembly Member received two voicemail threat messages from HABERMANN. In the first voicemail message, HABERMANN threatened to kill the Assembly Member. The second voicemail message started out with HABERMANN saying that he wasn't going to kill anyone. HABERMANN went on to say that the Assembly Member should "watch his back." HABERMANN also said that the founding fathers, if they were alive today, would kill President Obama and other officials. The State of California, Department of California Highway Patrol ("CHP"), Dignitary Protection Section was notified of the threats.

12.  CHP learned that HABERMANN came into the Assembly Member's office on March 18, 2010, to discuss the current health care bill. During the meeting HABERMANN began ranting about the current federal health care bill and how HABERMANN was "very well off" and did not want to support immigrants and Latinos. HABERMANN was described as agitated, paranoid, uneasy and couldn't keep still. After the meeting concluded, HABERMANN was escorted out of the office and continued to act uneasy, looking over his shoulders in a paranoid manner.

13.  On March 24, 2010, HABERMANN was contacted by the CHP at his apartment in Palm Springs, California, about the threat messages. HABERMANN apologized for the voice messages. HABERMANN stated he was intoxicated and had smoked marijuana when he left the voicemails, causing him to act irrationally. HABERMANN admitted to using medical marijuana for his depression and said he would never do anything to jeopardize his freedom. CHP gave HABERMANN a warning.

## CONCLUSION

14. Based on the foregoing, I respectfully submit that there is probable cause to believe that CHARLES TURNER HABERMANN committed the offense of Threatening a Federal Official, in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

DEAN W. GIBONEY, Special Agent
Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe that the defendant committed the offense set forth in the Complaint.

Dated this 11 day of January, 2011.

HON. BRIAN A. TSUCHIDA
United States Magistrate Judge

COMPLAINT/Habermann - 7