Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

January 26, 2011

WILLIAM M. McCOOL, Clerk

By _____ Deputy

Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES TURNER HABERMANN,

Defendant.

NO. CR11 0029 JLR

**INDICTMENT**

---

The Grand Jury charges that:

### COUNT ONE

### (Threatening A Federal Official)

Beginning on or about December 9, 2010, and continuing until on or about December 10, 2010, within the Western District of Washington, and elsewhere, the defendant, CHARLES TURNER HABERMANN, threatened to assault and murder a United States official, namely, Congressman James A. McDermott, with the intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with the intent to retaliate against such official on account of the

//
//
//
//

INDICTMENT/HABERMANN - 1

1  performance of official duties.

2      All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

3

4

5  A TRUE BILL: Jan 26, 2011

6  DATED:

    **Signature of Foreperson redacted pursuant
7  to the policy of the Judicial Conference of the
United States.**

8  _____
    FOREPERSON

9

10

11 JENNY A. DURKAN
    United States Attorney

12

13

    TODD GREENBERG
14 Assistant United States Attorney

15

16
    MICHAEL DION
17 Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT/HABERMANN - 2