```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

        JAN 26 2011

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

CHARLES TURNER HABERMANN,

      Defendant.

CASE NO. CR11-0029JLR

ORDER CONTINUING
CONDITIONS OF RELEASE

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 26th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING CONDITIONS OF RELEASE - PAGE 1