Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES TURNER HABERMANN,<br><br>　　　　　　　　Defendant. | NO. CR11-29JLR<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Michael Dion, Assistant United States Attorney, files this Sentencing Memorandum. The Government recommends a sentence of a year and a day of imprisonment.

## I.　PROCEDURAL BACKGROUND

Defendant Charles Turner Habermann pled guilty to one count of Threatening a Federal Official, in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4), as charged in Count 1 of the Indictment. Sentencing is set for Friday, August 12, 2011, at 10:00.

## II.　FACTUAL BACKGROUND

In the Plea Agreement, Habermann admitted to the following:

Beginning on or about December 9, 2010, and continuing through on or about

HABERMANN/SENTENCING MEMORANDUM - 1
No. CR11-29JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  December 10, 2010, Charles Turner Habermann left two threatening voicemail messages
2  for United States Congressman James A. McDermott at his office located in downtown
3  Seattle, Washington. The timing of the threatening voicemail messages left by
4  Habermann coincided with the debate in the U.S. House of Representatives over a tax and
5  unemployment insurance bill that was eventually passed by the United States Congress
6  and signed into law by the President of the United States on December 17, 2010.

7  In one of the messages, Habermann stated the following:

8  Hey I was going to McDermott my name's Charles uh, Habermann, uh my number is [REDACTED]. I was calling Jim McDermott because I saw him on television the other night and I realized what a disgusting, filthy, murderous cock-sucker he was. What a criminal was, the idea that he said that uh, poor people's uh, money, poor people's money that the Government gives belongs to him. That, that, that, that reducing taxes on rich people is, is in effect a tax cut in effect, it effected the Government spending program. Jim, Jim McDermott's uh, theft of tax payer dollars, the less he steals, means that the, that the less the Government spends. Uh, I, I, I'd like to remind you McDermott that if you read the constitution all the money belongs to the people. None of it belongs to Government. Okay! So, if Jim McDermott says they're spending money on a tax cut, he's a piece of human dog shit, okay. He's a piece of human filth. He's a liar, he's a communist, he's a piece of fucking garbage. Thomas Jefferson, James Madison, or George Washington, Alexander Hamilton, if any of them had ever met uh, uh Jim McDermott, they would all blow his brains out. They'd shoot him, in the head. They'd kill him, because he's a piece of, of, of disgusting garbage. He's a piece of filth. He's a criminal. He advocates stealing people's money to give it to losers. That's a criminal conspiracy to commit fraud, okay. That is what the majority of the democratic party engage in every day of every week of every fucking year because they're scum bags. They are disgusting filthy fucking scum bags. And you let that fucking scum bag know, that if he ever fucks around with my money, ever the fuck again, I'll fucking kill him, okay. I'll round them up, I'll kill them, I'll kill his friends, I'll kill his family, I will kill everybody he fucking knows. Alright! So if you want to fuck with me, you go ahead but you let that fucker know, the next time he fucks around, I'll kill him, okay! Good night and good bye, you fucker.

22  During the second voicemail message, Habermann stated the following:

23  My name is Charles Char Habermann, my phone number is [REDACTED]. I'm calling because your congressman is a piece of human garbage. Um, I'm calling because your congressman is, is a communist. I'm calling because your congressman is a piece of filth. Um, does he understand when he says that they're giving money to tax breaks for rich? Does he understand that, that the wealthy people that, that's their money? They earn that money. Has he ever read "Federalist Paper Number Ten"? Has he ever read John Lock's "Second Treaties of Government"? Has he ever read the of property section of John Lock's "Second Treaties of Government"? No, probably not because he's not an intellectual, he doesn't understand the rules and the political theory that set up the basis for our Government. That's

HABERMANN/SENTENCING MEMORANDUM - 2
No. CR11-29JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

why he thinks he can steal money from people and give it away to losers and get away with it. Well guess what, you're crooked, criminal, cock-sucking Jim McDermott will never get away with it. And I'll tell you something right now, I'll fucking hunt that guy down and I'll fucking get rid of him. Do you understand that? I'll get the fuck rid of him. I'll pay people, I'll pay my friends, I, I grew up in Chicago just like your scum bag fucking Jim McDermott did. I grew up in downtown Chicago, you understand that? Does, does your fucking boy understand that? I grew up in Chicago just like him. But guess what, I'm not a criminal like he is, I'm not a thief like he is. I don't steal other people's money to give it to losers like he does. Your congressman, Jim McDermott is a piece of garbage. And I'll tell you something right now, garbage belongs in the trash that's exactly where he's gonna end up. You understand that? You understand it you fuckers? You worthless stupid Democrat cock-sucking fuckers. You think you can steal my money and get away with it? You think you're gonna steal my fucking money and get away with it, you fuckers. You people are criminal scum bags and I ha, I hate you. I hate Jim McDermott. I have your friends, I hate his family, I hate his kids, I hate every, everybody fuck...do you know, I could round them all up, you know, I could look for them. I got a lot of money, you understand? I got a lot of money and I got a lot of friends and that cock-sucker is going down, you understand it? Your cock-sucking loser is going down, and guess what, tell your fagot fucking friend, I'm from Chicago too, and I fucking take care of his ass. Good bye, mother fucker!

Habermann made both phone calls from his home in Palm Springs, California. Habermann's goal in leaving the messages was to frighten Congressman McDermott into voting the way that Habermann wanted him to vote.

During the same time period, Habermann left similar threatening messages for another member of Congress, C.P.

In March of 2010, Habermann left threatening messages for a California Assembly Member. Law enforcement contacted Habermann and warned him to stop making threats.

### III.    SENTENCING CALCULATIONS

The Presentence Report correctly calculates the total offense level at 17 and Habermann's criminal history as Category I. The resulting advisory range is 24 to 30 months.

### IV.    RECOMMENDATION

Using only a phone as a weapon, Charles Habermann threatened and terrorized Congressman James McDermott and his staff. Habermann has admitted that his goal was

HABERMANN/SENTENCING MEMORANDUM - 3
No. CR11-29JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 to frighten the Congressman, and he used violent and vicious language to achieve that
2 end.  Habermann threatened to kill the Congressman.  He threatened to kill the
3 Congressman's family, and friends, and anybody who associated with the Congressman.
4 Habermann warned that he had enough money to hire an assassin.

5 Habermann did not succeed in frightening the Congressman into changing his
6 political position.  He did succeed in terrifying the public servants who worked in the
7 Congressman's office.  Attached as Exhibits A and B to this Memorandum are victim
8 impact statements of Darcy Nothnagle and Diane M. Shust, who respectively are the
9 Congressman's District Director and Chief of Staff.  These letters are vivid evidence of
10 the trauma that Habermann inflicted on innocent people.

11 The defense will no doubt say that Habermann's threats are the harmless rantings
12 of an angry, emotionally troubled man – empty bluster that would never be backed up by
13 actual violence.  There is some truth to that claim.  After a thorough investigation that
14 consumed the time and resources of the justice system and law enforcement, there is no
15 sign that Habermann was actually planning to kill anybody.

16 That does not mean, however, that Habermann's threats were harmless.  At the
17 time Habermann made his threats, his victims had no way of knowing whether
18 Habermann was merely a crank and a loudmouth, or whether he was a determined would-
19 be assassin.  Given our nation's sad history of political violence, the victims
20 understandably feared the latter.  A terrible illustration of their fears came shortly after
21 Habermann's threats, when a man killed six people while attempting to assassinate
22 Congresswoman Gabrielle Giffords in Tucson, Arizona.

23 Habermann, of course, is not responsible for the Tucson shooting.  But Habermann
24 is responsible – he is culpable – for capitalizing on real incidents like Tucson, and for
25 exploiting people's real fears about their safety.  Habermann's words traumatized
26 experienced political workers who are otherwise hardened to anger and rough words.  He
27 took away their feeling of safety and security at work and at home, and left them afraid
28 for themselves, their co-workers, and even their children.  He made them fear that, at any

HABERMANN/SENTENCING MEMORANDUM - 4
No. CR11-29JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   minute, a routine day could be interrupted by a murderous attack. Some staff members
2   even thought about quitting their jobs. This were not unintended effects. As Habermann
3   admitted, his goal was to create fear.

4       Habermann's crime is particularly inexcusable because he had done it before. In
5   March of 2010, Habermann threatened a California assemblyman. The police gave him a
6   break and let him off with a warning. Habermann apparently took this leniency for
7   license.

8       Regardless of what positions they take on the issues, politicians and the people
9   who work for them should not have to fear that they are putting their lives in danger
10  simply by going to work and doing their jobs. Violence, and threats of violence, should
11  not become part of our political discourse. This Court should send a strong message to
12  Habermann and those like him. Accordingly, the Government recommends a sentence of
13  a year and a day of imprisonment.

14      The Government also asks that Habermann be remanded to custody at sentencing.

16      DATED this 4th day of August, 2011.

17      Respectfully submitted,

19  JENNY A. DURKAN
20  United States Attorney

22      */s/ Michael Dion*
    MICHAEL DION
23  Assistant United States Attorney
    WSBA #31239
24  700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271
25  Telephone:   (206) 553-7729
    Fax:         (206) 553-0755
26  E-mail:      Michael.Dion@usdoj.gov

HABERMANN/SENTENCING MEMORANDUM - 5
No. CR11-29JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

s/Kiyomi Mathews
KIYOMI MATHEWS
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206/553-4228
FAX:   206/553-0755
E-mail: kiyomi.mathews@usdoj.gov

HABERMANN/SENTENCING MEMORANDUM - 6
No. CR11-29JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970