PROB 12A
(01/05)

# United States District Court

for

## Western District of Washington

### Report on Offender Under Supervision

**Name of Offender:** Charles Turner Habermann           **Case Number:** 2:11CR00029JLR-001

**Name of Judicial Officer:**   The Honorable James L. Robart

**Date of Original Sentence:** 08/08/2011                **Date of Report:** 07/03/2012

**Original Offense:** Threatening a Federal Official

**Original Sentence:** Eight months confinement, three years supervised release.

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** 04/17/2012

**Special Conditions Imposed:**

☒ Substance Abuse        ☒ Financial Disclosure        ☐ Restitution

☒ Mental Health           ☒ Fine: $54,590.96            ☒ Community Service: 500 hrs.

☒ Other: Abstinence from alcohol; no entry into any establishment where alcohol is the primary commodity for sale; submit to search; any unpaid amount of his fine is to be paid during his term of supervision in monthly installments of not less than 10% of his gross monthly household income; financial disclosure is limited to until his ordered fine is paid in full; and no new credit until the ordered fine is paid in full.

---

## NONCOMPLIANCE SUMMARY

The probation officer believes that Charles Turner Habermann has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol on or before June 12, 2012, in violation of his special condition of supervised release. |

The Honorable James L. Robart                                                                                   Page 2
Report on Offender
Under Supervision

U.S. Probation Officer Action:

On April 17, 2012, Mr. Habermann released from Bureau of Prisons custody to the Central District of California and has been supervised with that district to date. On June 12, 2012, Mr. Habermann submitted a urine specimen that was found to contain alcohol. As a result of this violation, Mr. Habermann has been returned to the most intensive phase of drug testing and has been encouraged to seek community based support through his private therapist.

U.S. Probation Officer Sharon Summers is recommending no formal Court action this time, and is requesting that jurisdiction of this case be transferred to the Southern District of California in order to facilitate supervision. If the Court concurs, it is recommended that no formal Court action take place as a result of this violation. It is also respectfully requested that Your Honor sign the Order Transferring Jurisdiction on both originals attached. Both originals, if signed, will be sent to the Central District of California for signature accepting jurisdiction.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of July, 2012.

Christopher S. Luscher
Supervising U.S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and Pretrial Services Officer

dew
7/3/12

THE COURT FINDS PROBABLE CAUSE AND ORDERS:
☒ No Action Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

July 8, 2012
Date